**NANCY CURRY CHAPTER 13 TRUSTEE**         1000 WILSHIRE BLD., STE 870, LOS ANGELES, CA 90017
P: (213) 689-3014   |   F: (213) 689-3055

# NOTICE OF REQUIREMENTS

In re:    CASE NO. LA 2:17-bk-16427-WB    HERINGTON, DARREN

There are numerous requirements of debtors who have filed a Chapter 13 bankruptcy petition which are set forth in the Statute and Rules. Please note that debtors who proceed in Chapter 13 without an attorney are presumed to be knowledgeable regarding these requirements. The Clerk of the Court maintains a website wherein many of these requirements are set forth: www.cacb.uscourts.gov. Some of these requirements are set forth below.

1. Your repayment Plan must be served on (mailed to) all creditors along with a notice (both on Court approved forms) no later than 28 days before the scheduled §341(a) **Meeting of Creditors** (at that time you will be examined by the Trustee about your financial affairs).

2. Attendance at the **Meeting of Creditors** is mandatory. If both husband and wife have filed, both must attend.

3. Proof of post filing regular monthly mortgage payments and a copy of the filed required declaration must be presented at the **Meeting of Creditors.**

4. **Plan payments** (certified funds only) are due each month on the same day of the month that your case was filed and **must be mailed to the Trustee's lockbox**:

   Nancy Curry, Chapter 13 Trustee
   P.O. Box 1403
   Memphis, TN  38101

   Please reference your name and case number on each payment. You may also make payments online at TFSBillPay.com. For more information, please visit the Trustee's website at: http://curry.trustee13.com

**Meeting of Creditors** - - **you must attend** and **you must have made all required payments**. Photo I.D. and Social Security Number proof must be presented. Your **Meeting of Creditors** is scheduled for:

> June 29, 2017 at 01:00 PM
> 915 Wilshire Blvd., 10th Floor, Meeting Room 1
> Los Angeles, CA  90017

> **BRING SSN PROOF**
> and
> **PHOTO I.D.**

If all requirements have not been met by the Meeting of Creditors, the Trustee will immediately ask the Court to dismiss your bankruptcy case.

The Court may dismiss your case and restrict your ability to file any future bankruptcy case pursuant to Local Bankruptcy Rule 3015-1 and 11 U.S.C. Sections 109(g)(1) and 349.

If all requirements have been met by this Meeting, the Trustee may recommend confirmation by consent and calendar it for a date earlier than originally set with no appearance required. Otherwise, an appearance is required as set forth below.

**Hearing on Confirmation of Plan** -- **an appearance is required** by your attorney. If you do not have an attorney, you must appear. Check in with the Trustee prior to the hearing is required. Plan to arrive no less than an hour before. If you arrive too late for check in, your case may not be heard until much later.

Date:   June 2, 2017                              /s/ Nancy Curry, Chapter 13 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

>Nancy Curry, Chapter 13 Trustee
>1000 Wilshire Blvd., Suite 870
>Los Angeles, CA 90017

The foregoing document described as **NOTICE OF REQUIREMENTS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 2, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On June 2, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HERINGTON, DARREN

12422 DORLAND STREET
WHITTIER, CA 90601

Attorney for Debtor
TIMOTHY G. MCFARLIN

4 PARK PLAZA, #1025
IRVINE, CA 92614-

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 2, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| June 2, 2017 | Elizet Cash | /s/ Elizet Cash |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE